# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

New BKFarmhouse Inc.

                           Plaintiff,

v.                                             Case No.: 1:24−cv−02495

                                                    Honorable Franklin U. Valderrama

The Partnerships and Unincorporated Associations
Identified on "Schedule A"

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 29, 2024:

       MINUTE entry before the Honorable Franklin U. Valderrama:On the grounds set forth in the motion, Plaintiff's motion for an entry of a preliminary injunction [15] is granted. Enter Preliminary Injunction Order. The following documents are to be unsealed: Plaintiff's Motions for Entry of a Temporary Restraining Order and the exhibits thereto [7], [8] and the Temporary Restraining Order [11]. Counsel for Plaintiff is ordered to add ALL Defendant names listed in the Schedule A to the docket within three business days.(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.